# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARK DANIEL CROWLEY, ADC #133058                      PLAINTIFF

v.                    NO: 4:17CV00531 JLH

DOES                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE